**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed June 9, 2022.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-21-00401-CV

---

## MUZAFFAR HASSAN SIDDIQI AND ZAHIDA SIDDIQI, Appellants

### V.

## TOORAK CAPITAL PARTNERS, LLC, Appellee

---

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 20-DCV-277120**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed July 6, 2021. On May 23, 2022, appellants filed a motion to dismiss the appeal styled as a "stipulation of dismissal". *See* Tex. R. App. P. 42.1. Construing the filing as a motion to dismiss, the motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Poissant, and Wilson.